No. 644. UNITED STATES *v.* ENGLERT MFG. CO. February 19, 1934. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Biggs* for the United States. *Mr. George M. Morris* for respondent.

No. 645. UNITED STATES *v.* UNIVERSAL BATTERY CO. February 19, 1934. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Biggs* for the United States. *Mr. George M. Morris* for respondent.

No. 687. MORSE DRY DOCK & REPAIR CO. *v.* UNITED STATES. February 19, 1934. Petition for writ of certiorari to the Court of Claims denied. *Mr. Courtland Palmer* for petitioner. *Solicitor General Biggs, Assistant Attorney General Sweeney,* and *Mr. Paul A. Sweeney* for the United States.

No. 694. NORTH DAKOTA-MONTANA WHEAT GROWERS ASSN. *v.* UNITED STATES. February 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. C. J. Murphy* for petitioner. *Solicitor General Biggs, Assistant Attorney General Sweeney,* and *Mr. H. Brian Holland* for the United States.

No. 703. COLUMBIAN CARBON CO. ET AL. *v.* UNITED STATES. February 19, 1934. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Harry J. Gerrity, Henry W. Clark,* and *Reid L. Carr* for petitioners. *Solicitor General Biggs* and *Assistant Attorney General Wideman* for the United States.